# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANCISCO HERNANDEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | No. CV 07-04456-MMM (VBK)<br><br>ORDER APPROVING MAGISTRATE<br>JUDGE'S REPORT AND<br>RECOMMENDATION |

The Court has reviewed the Complaint and other papers herein pursuant to 28 U.S.C. §636, including the Magistrate Judge's Report and Recommendation. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, (2) judgment be entered affirming the decision of the Commissioner of Social Security, and (3) this action is dismissed with prejudice.

//
//

1     **IT IS FURTHER ORDERED** that the Clerk serve copies of this
2 Order and the Judgment herein by United States mail on counsel for
3 the parties of record.
4
5 DATED: 05.07.09
6
7                                       /s/ Margaret M. Morrow
8                               MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE