# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANCISCO HERNANDEZ, | No. CV 07-04456-MMM (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Approving Magistrate Judge's Report and Recommendation,

**IT IS ADJUDGED** that: (1) the Court accepts and adopts the Report and Recommendation, (2) judgment be entered affirming the decision of the Commissioner of Social Security, and (3) this action is dismissed with prejudice.

DATED: 05-07-09

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE